**Charles S. Roberts, appellee, v. Charles Johns, appellant. Gen. No. 31,838.**

Assumpsit for money advanced and liabilities contracted. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed October 4, 1927.

Henry B. Spurlock and Edward H. S. Martin, for appellant. Theodore A. Kolb, for appellee; Wendell H. Shanner, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**Frank H. Mesce, appellee, v. Benjamin Kulp and Madison & Kedzie State Bank, appellants. Gen. No. 31,961.**

Bill to enjoin entering judgment on judgment note and selling collateral. Order granting interlocutory injunction. Appeal from an interlocutory injunctional order of the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed. Opinion filed October 4, 1927.

Isaac B. Lipson, for appellants. Litsinger, Healy & Reid, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**John L. Forsythe for use of Midwest Collection Bureau, appellee, v. Felsenheld & Daniels Paper Company, appellant. Gen. No. 31,411.**

Garnishment. Judgment for garnishor. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed with finding of facts. Opinion filed October 10, 1927.

George C. Otto, for appellant. Clarence A. Samuel, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Truly Warner Company, Inc., appellee, v. Kaufman Hats, Inc., appellant. Gen. 31,516.**

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 10, 1927.

Stein, Mayer & David, for appellant; Sigmund W. David, of counsel. Follansbee, Shorey & Schupp, for appellee; Clyde E. Shorey, Louis Salant and Fred Barth, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.